IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE

Civil Case No. 99-cv-00188-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

KAREN LEA REESE,

       Defendant,

and

TWIN CITY FAN COMPANIES, LTD.,

       Garnishee.
_____

**ORDER**
_____

Upon Plaintiff's Motion to Dismiss Writ of Garnishment (Doc #10, filed September 24, 2006), it is

ORDERED that Plaintiff's Motion is GRANTED and the Writ of Garnishment is DISMISSED.

                                  BY THE COURT:

                                  s/Lewis T. Babcock
                                  Lewis T. Babcock, Chief Judge

DATED:   September 25, 2006