UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 99 -cv-00188-LTB

UNITED STATES OF AMERICA,

                Plaintiff,

    v.

KAREN LEA REESE,

                Defendant,

    and

DAVITA,

                Garnishee.

**GARNISHEE ORDER**

On motion of the United States, and good cause appearing, IT IS HEREBY ORDERED that Garnishee DAVITA shall, each pay period, pay 25% of Defendant's disposable wages to the United States and shall continue said payments until the judgment debt herein is paid in full, or until the Garnishee no longer has custody, possession, or control of any property belonging to the Defendant, or until further order of this Court.

**Payment Instructions:** Checks shall be make payable to U.S. Department of Justice and mailed to:

        U.S. Attorney's Office
        Attn: Financial Litigation
        1225 17th Street, Suite 700
        Denver, CO 80202

Please include the following information on each check:

    Name of defendant:     Karen Reese

    Court Number:     99-cv-00188-LTB .

    BY THE COURT:

Dated:  June 11, 2012     s/Lewis T. Babcock
        UNITED STATES DISTRICT JUDGE