IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 99-CV-00188-LTB

UNITED STATES OF AMERICA,

      Plaintiff,

   v.

KAREN LEA REESE,

      Defendant,

   and

DAVITA,

      Garnishee.

---

## ORDER DISMISSING GARNISHMENT

---

This matter coming before the Court on motion of the Plaintiff, and the Court being fully advised in the premises, hereby

**ORDERS** that the Motion to Dismiss Garnishment in this case is GRANTED.

ORDERED and entered this __23rd__ day of __October__, 2012.

BY THE COURT:

__s/Lewis T. Babcock_____
UNITED STATES DISTRICT JUDGE